IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN M. CASEY,

    Plaintiff,

v.                                                                                        4:24cv504–WS/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

Before the court is the magistrate judge's amended report and recommendation (ECF No. 9) docketed January 6, 2025. The magistrate judge recommends that Plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). Plaintiff has filed objections (ECF No. 11) to the amended report and recommendation.

As did the magistrate judge, the undersigned finds that Plaintiff—whose complaint fails to make a colorable showing that he is in imminent danger of serious physical injury—is barred under § 1915(g) from proceeding in forma pauperis in this case.

Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (ECF No. 9) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3. Plaintiff's motion (ECF No. 2) for leave to proceed in forma pauperis is DENIED.

4. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

5. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

6. The clerk shall close the case.

DONE AND ORDERED this ___4th___ day of ___February___, 2025.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE